IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NEIL WALKER, #095197, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:08cv144-WHA |
| ) | |
| STATE OF ALABAMA, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #33), entered on November 19, 2009, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED, and this case is DISMISSED with prejudice.

DONE this 9th day December, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE